IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT PRYOR,

Plaintiff,

v.

SECURITAS CRITICAL INFRASTRUCTURE SERVICES, INC.,

Defendant.

Case No.: 2:25-cv-02862-TLN-JDP (Lead Case)
*Consolidated with: 2:25-cv-2165-TLN-JDP*

**ORDER GRANTING JOINT STIPULATION TO CONTINUE DISCOVERY AND RELATED PRETRIAL DEADLINES**

Complaint Filed: July 24, 2025
Removed: October 3, 2025
Trial Date: Not Set

Having considered the Parties' Joint Stipulation to Continue Discovery and Related Pretrial Deadlines, and good cause appearing therefor, the Court hereby GRANTS the Parties' request. The Initial Pretrial Scheduling Order (ECF No. 16) is modified as follows:

1. The deadline to complete all fact discovery is continued from October 2, 2026 to February 4, 2028.

2. The deadline for initial expert witness designations shall be sixty (60) days after the continued close of fact discovery.

3. The deadline for supplemental or rebuttal expert witness designations shall be thirty (30) days after the deadline for initial expert witness designations.

4. The deadline for supplemental disclosures and discovery responses pursuant to Federal Rule of Civil Procedure 26(e) shall be thirty (30) days before the continued dispositive motion filing deadline.

5. The deadline to file dispositive motions shall be one hundred eighty (180) days after the continued close of fact discovery.

6. The deadline for the Parties to file a Joint Notice of Trial Readiness shall remain governed by the Initial Pretrial Scheduling Order (ECF No. 16), calculated based upon the deadlines as modified by this Order.

All other provisions of the Initial Pretrial Scheduling Order (ECF No. 16) shall remain in full force and effect.

**IT IS SO ORDERED.**

DATED: August 28, 2026

Troy L. Nunley
Chief United States District Judge