Frank A. Magnanimo (SBN 174570)
E-Mail: fmagnanimo@fisherphillips.com
Jasmine R. Kiaei (SBN 331080)
E-Mail: jkiaei@fisherphillips.com
Madison A. Osorio (SBN: 333982)
E-Mail: maosorio@fisherphillips.com
FISHER & PHILLIPS LLP
21600 Oxnard Street, Suite 700
Woodland Hills, California 91367
Telephone: (213) 330-4500
Facsimile: (213) 330-4501

Attorneys for Defendant
SECURITAS CRITICAL INFRASTRUCTURE SERVICES, INC.

James R. Hawkins (SBN 192925)
E-Mail: james@jameshawkinsaplc.com
Ava Issary (SBN 342252)
E-Mail: ava@jameshawkinsaplc.com
Lauren Falk (SBN 316893)
E-Mail: lauren@jameshawkinsaplc.com
JAMES HAWKINS APLC
9880 Research Drive, Suite 200
Irvine, CA 92618

Attorneys for Plaintiff
ROBERT PRYOR

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

ROBERT PRYOR,

Plaintiff,

v.

SECURITAS CRITICAL INFRASTRUCTURE SERVICES, INC.,

Defendant.

Case No.: 2:25-cv-02862-TLN-JDP (Lead Case)
*Consolidated with: 2:25-cv-2165-TLN-JDP*

**JOINT STIPULATION TO CONTINUE DEFENDANT'S MOTION TO COMPEL ARBITRATION, STRIKE CLASS CLAIMS AND STAY PROCEEDINGS, AND RELATED DEADLINES; ORDER**

Complaint Filed: July 24, 2025
Removed: October 3, 2025
Trial Date: Not Set

Plaintiff Robert Pryor ("Plaintiff") and Defendant Securitas Critical Infrastructure Services, Inc. ("Defendant") (collectively, the "Parties"), by and through their respective counsel of record, hereby stipulate and respectfully request that the Court continue Defendant's Motion to Compel Arbitration, Strike Class Claims and Stay Proceedings, and related deadlines, in light of the Parties upcoming private mediation of this matter.

Good cause exists for the requested modification pursuant to Federal Rule of Civil Procedure 16(b)(4), as follows:

**RECITALS**

1. On June 10, 2026, Defendant filed a Motion to Compel Arbitration, Strike Class Claims and Stay Proceedings ("Motion"). (Docket No. 23).

2. Defendant's Motion to Compel Arbitration remains pending before the Court. The hearing on Defendant's Motion was vacated. Pursuant to Docket No. 25, Plaintiff's deadline to file his Opposition to the Motion is October 16, 2026 while Defendant's deadline to file its reply in support of the Motion is October 23, 2026. The Court has not yet set a hearing date for Defendant's Motion.

3. The Parties have agreed to participate in private mediation with mediator Steve Mehta and have scheduled mediation for **February 4, 2027**. The Parties intend to participate in the mediation in good faith in an effort to resolve this action without the need for further litigation.

4. Continuing the existing Motion deadlines (and any hearing date the Court intends to set), including Plaintiff's Opposition and Defendant's Reply, will preserve Defendant's asserted arbitration rights, permit the Court to resolve the threshold arbitrability issues presented by the pending Motion, and allow the Parties to focus their resources on the upcoming mediation.

5. Absent a continuance, the Parties would be required to proceed with their respective Opposition and Reply to the Motion and take time and resources away from preparing for a productive mediation. Such Motion work may ultimately prove unnecessary depending upon whether mediation is successful. A continuance therefore will conserve the resources of the Parties and the Court and avoid potentially unnecessary litigation expenses.

6. The requested continuance is not sought for purposes of delay. Rather, the Parties

seek to preserve their respective rights, avoid unnecessary litigation expenses, and promote the efficient resolution of this action.

7. Accordingly, the Parties respectfully request that the Court continue the Plaintiff's Opposition deadline and Defendant's Reply deadline to a date 90 days following the February 4, 2027 mediation, or a date thereafter that is convenient to the Court.

**STIPULATION**

IT IS HEREBY STIPULATED AND AGREED, subject to the Court's approval, that the Plaintiff's Opposition deadline and Defendant's Reply deadline to its Motion to Compel Arbitration be continued as set forth above.

Dated: October 15, 2026

FISHER & PHILLIPS LLP

By: /s/ Jasmine r. Kiaei (with permission)
Frank A. Magnanimo
Jasmine R. Kiaei
Madison A. Osorio
Attorneys for Defendant
SECURITAS CRITICAL INFRASTRUCTURE SERVICES, INC.

Dated: October 15, 2026

JAMES HAWKINS APLC

By: ______________________
James R. Hawkins
Ava Issary
Lauren Falk
Attorneys for Plaintiff
ROBERT PRYOR

**ATTESTATION REGARDING ELECTRONIC SIGNATURES**

I, Gregory Mauro, attest that all other signatories to this document, on whose behalf this filing is submitted, concur in the filing's content and have authorized this filing. I declare under penalty of perjury, under the laws of the State of California, that the foregoing is true and correct.

Gregory Mauro

CERTIFICATE OF SERVICE

I hereby certify that on October 14, 2026, I electronically filed the foregoing with the Clerk of the Court for the U.S. District Court, for the Eastern District of California using the CM/ECF system. All participants are registered CM/ECF users, and will be served by the CM/ECF system.

Dated: October 14, 2026

/s/ James R. Hawkins
James R. Hawkins, Esq.

**ORDER GRANTING JOINT STIPULATION TO CONTINUE MOTION TO COMPEL ARBITRATION DEADLINES**

Having considered the Parties' Joint Stipulation to Continue Discovery and Related Pretrial Deadlines, and good cause appearing therefor, the Court hereby GRANTS the Parties' request. The deadlines relating to Defendant's Motion to Compel Arbitration are modified as follows:

1. Plaintiff's deadline to file his Opposition to Defendant's Motion to Compel Arbitration is continued from October 16, 2026 to May 12, 2027.

2. Defendant's deadline to file its Reply in support of its Motion to Compel Arbitration is continued from October 23, 2026 to May 19, 2027.

**IT IS SO ORDERED.**

DATED: October 15, 2026

Troy L. Nunley
Chief United States District Judge